IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Gale Mhoon, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *-vs-* | ) | No. 18-cv- |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

# COMPLAINT

Plaintiff Gale Mhoon, by counsel, alleges as follows:

1.     This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343.

2.     Plaintiff Gale Mhoon is an inmate at the Cook County Jail assigned booking number 2017-00718205.

3.     Defendant Thomas Dart is the Sheriff of Cook County. Plaintiff sues Dart in his official capacity only.

4.      Defendant Cook County, in collaboration with the Sheriff as outlined in the January 2011 Inter-Agency Agreement, is responsible for the health and well-being of inmates remanded to the Sheriff of Cook County and is a necessary party in this action pursuant to *Carver v. Sheriff of LaSalle County*, 324 F. 3d 947 (7th Cir. 2003).

5.     Plaintiff was processed into the Jail on July 18, 2017. Shortly after his admission, plaintiff submitted a written request for medical care for a tooth that caused significant dental pain.

6.     Plaintiff was then transferred to the Stateville Correctional Center. Plaintiff returned to the Cook County Jail on or about September 5, 2017. Soon after returning to the Jail plaintiff once again submitted a written request for dental care because his tooth continued to cause significant dental pain.

7.     Defendants Sheriff and Cook County have an express policy that requires inmates to request dental care using a health service request form ("HSRF").

8.     Following the submission of a health service request form for dental care, defendant Cook County delegates responsibility to the Cermak Office of Patient Scheduling to schedule an inmate for dental care.

9.     At all times relevant, Patient Scheduling has consisted of several civilian employees who do not have formal medical training and who are not supervised by medical providers.

10.     For years, it has been common knowledge among administrators at the Jail that medical care for serious dental pain was inadequately scheduled because of the policy to delegate "Patient Scheduling" responsibility to schedule dental care.

11.     On September 10, 2013, Dr. Jorelle Alexander, the Cook County Director of Oral Health, sent an email to the Jail's chief dentist and wrote under the heading "Scheduling," that "[c]urrent process is inefficient" and that "[r]eturn appointments as well as grievances, HSRF, et are not being scheduled appropriately."

12.     Defendants Dart and Cook County have not taken any reasonable measures to correct this policy which has caused inmates, like plaintiff Mhoon, to suffer unnecessary and gratuitous dental pain.

-2-

13. Plaintiff experienced avoidable suffering, experienced gratuitous pain, and incurred personal injuries while he waited to be treated by a Jail dentist.

14. Plaintiff was eventually treated by a Jail dentist on or about December 4, 2017. This treatment included the surgical extraction of a tooth that developed into an abscess.

15. For the reasons previously stated, defendants Dart and Cook County's policy or widespread practice relating to the scheduling of dental care was deliberately indifferent to plaintiff's rights secured by the Fourteenth Amendment to the United States Constitution and was the moving force behind his prolonged dental pain.

16. Plaintiff demands trial by jury on his claim for damages.

It is therefore respectfully requested that the Court grant appropriate compensatory damages against defendants. Plaintiff also requests that the costs of this action, including attorney's fees, be taxed against defendant Cook County.

/s/ Patrick W. Morrissey
ARDC No. 6309730
Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Ste. Rear
Chicago, Illinois 60643
patrickmorrissey1920@gmail.com
(773) 233-7900

*Attorneys for Plaintiff*